1  McGREGOR W. SCOTT
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5  Email: todd.pickles@usdoj.gov

6  Attorneys for the United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 ALEXIS WITT,                          CASE NO. 2:08-02024 JAM-KJM

12     On behalf of the Estate of Dean Witt,  **STIPULATION AND  ORDER**
   deceased,                            **CONTINUING DATE TO CONFER**
13                                       **UNDER RULE 26(F) AND TO FILE**
              Plaintiff,                 **JOINT STATUS REPORT**
14
   v.                                    **[Fed.R.Civ.P. 16; 26(f); EDCA L.R. 16-240]**
15
   UNITED STATES OF AMERICA
16
              Defendant.
17

18

19         Pursuant to Federal Rules of Civil Procedure 16(b) and 26(f), Local Rule 16-240 of this Court,

20 and this Court's Order Requiring Status Report, dated August 28, 2008 ("August 28, 2008 Order"),

21 Plaintiff Alexis Witt and Defendant the United States of America, through their respective counsel,

   hereby enter into the following stipulation.
22
                                 **RECITALS**
23
           1.      On August 28, 2008, Plaintiff filed a wrongful death action against the United States
24
   under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§2671-2680 [Docket No. 1].  Plaintiff alleges
25
   in her complaint that medical providers at David Grant Medical Center at Travis Air Force Base were
26
   negligent in their care of her husband, Staff Sergeant Dean Witt, and that SSgt. Witt died as a result of
27
   the alleged negligence.
28

STIPULATION  &  [PROPOSED] ORDER                    1

2.    On November 3, 2008, the United States filed a motion to dismiss Plaintiff's complaint under Federal Rule 12(b)(1) for lack of subject-matter jurisdiction [Docket No. 8-1].  It is the position of the United States that this Court lacks jurisdiction over Plaintiff's claims because, as a matter of law, the United States cannot be liable under the FTCA for SSgt. Witt's injuries or death because his injuries arose out of or were in the "course of activity incident to service." *Feres v. United States*, 340 U.S. 135, 146 (1950).

3.    The United States' motion is noticed be heard by the Court on January 14, 2009, at 9:00 a.m.

4.    The parties agree that in order to avoid potentially unnecessary expenditure of the parties' resources, as well to promote judicial efficiency, it is in the interest of justice to continue the parties' obligations under Rule 26(f) and Local Rule 16-240 as set forth in the Court's August 28, 2008 Order until the Court resolves the United States' motion to dismiss for lack of subject matter jurisdiction.  In particular, if the Court grants the United States' motion, the parties' obligations under the Federal Rules and the Local Rules will be rendered moot.

5.    This is the first continuance either party has sought in this matter.

## STIPULATION

Accordingly, based on the foregoing, the parties hereby STIPULATE that:

1.    If the Court denies the United States' motion, the parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and this Court's August 28, 2008 Order within thirty (30) days of issuance of the Court's order denying the United States' motion.

2.    Within fourteen (14) days of the Rule 26(f) conference, the parties shall file a Joint Status (Pretrial Scheduling) Report pursuant to Local Rule 16-240 and this Court's August 28, 2008 Order.

///
///
///
///

STIPULATION  &  [PROPOSED] ORDER                    2

Respectfully submitted,

DATED: December 9, 2008                    McGREGOR SCOTT
                                           United States Attorney

                                           BY: */s/  Todd A. Pickles*

                                           TODD A. PICKLES
                                           Assistant United States Attorney

                                           Attorneys for the United States of America


DATED: December 9, 2008                    ARCHULETA, ALSAFFAR & HIGGINBOTHAM

                                           BY: */s/ Laurie Higginbotham*
                                           LAURIE HIGGINBOTHAM

                                           Attorneys for Plaintiff Alexis Witt

## ORDER

Having read and considered the parties' Stipulation to Continue Date to Confer Under Rule 26(f) and to File Joint Status Report, and for good cause showing,

IT IS HEREBY ORDERED THAT the parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and this Court's August 28, 2008 Order within **thirty (30) days** of issuance of an order denying the United States' motion to dismiss for lack of subject-matter jurisdiction [Docket No. 8-1]. Within **fourteen (14) days** of the Rule 26(f) conference, the parties shall file a Joint Status (Pretrial Scheduling) Report pursuant to Local Rule 16-240 and this Court's August 28, 2008 Order. If the Court grants the United States' motion, the parties obligations under Rule 26(f) and Local Rule 16-240, as set forth in this Court's August 28, 2008 Order, will be rendered moot.

IT IS SO ORDERED.


Date:   December 9, 2008                         /s/ John A. Mendez
                                                 Honorable John A. Mendez
                                                 United States District Judge
                                                 Eastern District of California

STIPULATION & [PROPOSED] ORDER                        4